IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PATRICK CABRERA                                                                        PLAINTIFF

v.                                       Civil No. 2:21-cv-02018

CAPTAIN WILLIAM DUMAS, ET AL.                                          DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable P. K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's failure to obey a Court order and failure to prosecute this case. This is a civil rights action filed by Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff, Patrick Cabrera, proceeds in this matter *pro se* and *in forma pauperis*. (ECF Nos. 1-3).

Plaintiff's Complaint was filed on January 15, 2021. (ECF No. 1). On February 8, 2021, Plaintiff was directed to file an amended complaint by March 1, 2021. (ECF No. 6). The Order states: "This case shall be subject to dismissal if Plaintiff fails to return the Amended Complaint to the Court by the deadline." (ECF No. 6).

Plaintiff has not submitted an amended complaint. On March 10, 2021, an Order was entered giving the Plaintiff until March 31, 2021, to show cause why this action should not be dismissed for failure to obey an order of the Court. (ECF No. 7). Plaintiff has not responded to the Court's Order.

Although *pro se* pleadings are to be construed liberally, a *pro se* litigant is not excused from complying with substantive and procedural law. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the grounds that the plaintiff failed to prosecute or failed to comply with orders of the court. Fed. R.

Civ. P. 41(b); *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630–31 (1962) (stating the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey,* 806 F.2d 801, 803–04 (8th Cir. 1986) (emphasis added).

Plaintiff has failed to obey an order of the Court and has failed to prosecute this case. Therefore, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), it is recommended that this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 19th day of April 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE